In the Matter of the Claim of JOHN DALY, Respondent, against BOARD OF ELECTIONS OF CITY OF NEW YORK, Respondent, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued December 1, 1938; decided January 3, 1939.

*George J. Hayes* and *Patrick S. Mason* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Leon Freedman* of counsel), for State Industrial Board, respondent.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Samuel A. Bloom* of counsel), for Board of Elections of City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.